# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **WILLIE EXXIE MCLENDON,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:15-cv-00153-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **FRANK L. PERRY,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2016 Order.

                                               Signed: November 16, 2016

Frank G. Johns, Clerk
United States District Court